IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Brandon Allen Bowman, # 22775,   ) Civil Action No.  6:15-1216-BHH
   )
                Plaintiff,   )
   )
vs.   )
   )   **ORDER AND OPINION**
Colleton County Sheriff's Office, Sheriff   )
Andy Strickland, Captain Jodie Taylor,   )
Officer Theron Grant, Solicitor Tameaka   )
Legette, and Cpl. C. Stivender,   )
   )
              Defendants.   )
_____ )

Plaintiff Brandon Allen Bowman ("the plaintiff"), proceeding *pro se* and *in forma pauperis*, brought this civil action pursuant to 42 U.S.C. § 1983.  (ECF. No. 1.)   In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina, this matter was referred to United States Magistrate Judge Kevin F. McDonald for pretrial handling.  The matter is now before this Court for review of the Report and Recommendation ("Report") issued by the Magistrate Judge on April 21, 2015.  (ECF No. 17.)  In his Report, the Magistrate Judge recommends that the case be dismissed *without prejudice* and without issuance and service of process against the Colleton County Sheriff's Office, Officer Theron Grant, (Assistant) Solicitor Tameaka Legette, and Cpl. J. Stivender. *Id.*  Objections to the Report were due by May 8, 2015. Plaintiff has filed no Objections.

The Magistrate Judge makes only a recommendation to this Court.   The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976).  The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  The Court may accept, reject, or

modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b).  In the absence of a timely filed Objection, a district court need not conduct a de novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

After a careful review of the record, the applicable law, and the Report of the Magistrate Judge, the Court finds no clear error.  Accordingly, the Court **ACCEPTS** and incorporates the Report, (ECF No. 17), by reference into this Order.  It is therefore **ORDERED** that the complaint in this action is dismissed *without prejudice* and without issuance and service of process as against the defendants Colleton County Sheriff's Office, Officer Theron Grant, (Assistant) Solicitor Tameaka Legette, and Cpl. J. Stivender, and that the matter be returned to the Magistrate Judge for further pretrial proceedings.

/s/Bruce Howe Hendricks
United States District Judge

October 8, 2015
Greenville, South Carolina

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.